## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TERESA LIN BAUR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 13-cv-337-JED-TLW |
| | ) | |
| CAROLYN W. COLVIN,[1] | ) | |
| Acting Commissioner | ) | |
| of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION AND ORDER

General Order 13-6, entered October 1, 2013 addresses the lapse in appropriations for the

United States government and provides that all matters commenced while there is a lapse in

appropriations will be immediately stayed, as follows:

> This Order does not prohibit, in any manner, the ability of parties to file claims or
> commence actions against the United States. However the cases or matters
> commenced while there is a lapse in appropriations will be immediately stayed,
> pending restoration of appropriations.

General Order 13-6; http://www.oknd.uscourts.gov/general-orders-2013.

In accordance with General Order 13-6, this case is stayed pending restoration of

appropriations. The court will enter additional instructions and guidance at that time.

SO ORDERED this 9th day of October, 2013.

_____
T. Lane Wilson
United States Magistrate Judge

---

[1] Effective February 14, 2013, pursuant to Fed. R. Civ. P. 25(d)(1), Carolyn W. Colvin, Acting
Commissioner of Social Security, is substituted as the defendant in this action. No further action
need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social
Security Act. 42 U.S.C. § 405(g).